# *United States Court of Appeals*
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

December 22, 2015

Mr. Kirk Louis Pittard
Kelly, Durham & Pittard, L.L.P.
P.O. Box 224626
Dallas, TX 75222

     No. 15-10837    Maria Granados v. Wal-Mart Stores,
                            Incorporated, et al
                            USDC No. 3:14-CV-3860

Dear Mr. Pittard,

The following pertains to your brief electronically filed on 12/21/15.

We filed your brief but you must make the following correction(s) within the next 14 days. Opposing counsel's briefing time continues to run.

Caption on the brief does not agree with the caption of the case in compliance with FED R. APP. P. 32(a)(2)(C). (See attachment)

Once you have prepared your sufficient brief, you must email it to: Melissa_Mattingly@ca5.uscourts.gov for review. If the brief is in compliance, you will receive a notice of docket activity advising you that the sufficient brief has been filed.

                                            Sincerely,

                                            LYLE W. CAYCE, Clerk

                                            By: /s/ Melissa Mattingly
                                            Melissa Mattingly, Deputy Clerk
                                            504-310-7719

                                                                        /AJV

cc:
    Ms. Amy Agnew
    Mr. Derek Shane Davis
    Mr. Juan C. Hernandez
    Ms. Morgan McPheeters
    Ms. Michelle Elaine Robberson

Case No. 15-10837

MARIA GRANADOS,

        Plaintiff - Appellant

v.

WAL-MART STORES, INCORPORATED; WAL-MART STORES TEXAS, L.L.C., doing business as Wal-Mart Stores Texas 2007, L.L.C.,

        Defendants - Appellees